■ In the Matter of EDWARD W. McCLENATHAN, for Reinstatement to the Practice of Law in the State of New York. [38 NYS3d 825]—Order entered terminating suspension and granting application for reinstatement to the practice of law. Present—Smith, J.P., Carni, DeJoseph, NeMoyer and Troutman, JJ. (Filed Oct. 4, 2016.)

■ In the Matter of JOHN P. DUFFY, for Reinstatement to the Practice of Law in the State of New York. [38 NYS3d 490]—Order entered denying application for reinstatement to the practice of law. Present—Smith, J.P., Carni, DeJoseph, NeMoyer and Troutman, JJ. (Filed Sept. 14, 2016.)

■ In the Matter of JOHN R. PARRINELLO, for Reinstatement to the Practice of Law in the State of New York. [38 NYS3d 490]—Order entered terminating suspension and granting application for reinstatement to the practice of law. Present—Carni, J.P., DeJoseph, NeMoyer and Troutman, JJ. (Filed July 27, 2016.)

■ In the Matter of JOHN A. MICHALEK, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner. [38 NYS3d 490]—A certified copy of plea minutes having been filed showing that John A. Michalek was convicted of bribe receiving in the third degree, in violation of Penal Law § 200.10, and offering a false instrument for filing in the first degree, in violation of Penal Law § 175.35 (1), he is removed from his office as an attorney and counselor-at-law and his name is stricken from the roll of attorneys. Present—Smith, J.P., Centra, Carni, Lindley and DeJoseph, JJ. (Filed July 28, 2016.)